Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Naturemarket, Inc. d/b/a powerpostings.com and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. C 08-5065 PJH<br><br>**DECLARATION OF NICHOLAS MANHEIM IN SUPPORT OF PLAINTIFF CRAIGSLIST. INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS NATUREMARKET, INC. AND JOHN DOE 1, IGOR GASOV** |

I, Nicholas Manheim, declare as follows:

1. I am over 18 years of age and make this Amended Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of Washington and am an associate with the law firm of Perkins Coie LLP, attorneys for Plaintiff craigslist, Inc.

("craigslist") in the above-captioned matter. This Declaration is filed in support of PLAINTIFF CRAIGSLIST, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS NATUREMARKET, INC. AND JOHN DOE 1, IGOR GASOV.

3. craigslist personally served the Summons and Complaint for Naturemarket, Inc. and Does 1 through 25 on Defendants Igor Gasov and Naturemarket, Inc. on February 27, 2009. Docket Entry # 16. A true and correct copy of the Affidavit of Service is attached as Exhibit A to this Declaration.

4. Defendant Igor Gasov is Chairman or Chief Executive Officer of Naturemarket, Inc., a New York corporation. A true and correct copy of the NYS Department of State Division of Corporations Entity Information form available on-line is attached as Exhibit B to this Declaration.

5. As of the date of filing this Request For Entry Of Default, Defendants have failed to respond to the Complaint.

6. Defendants Naturemarket, Inc. and Igor Gasov are not minors, incompetent persons, or persons in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 25, 2009
PERKINS COIE LLP

By: /s/ Nicholas Manheim
Nicholas Manheim (WSBA 39858)
NManheim@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

I, Elizabeth McDougall, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 25, 2009

**PERKINS COIE LLP**

By: /s/ Elizabeth L. McDougall
 Elizabeth L. McDougall (WA Bar No. 27026
 EMcDougall@@perkinscoie.com

Attorney for Plaintiff
craigslist, Inc.

# Exhibit A

96-11 101ST AVENUE
OZONE PARK, NY 11416
TEL: (718) 845-5523
FAX: (718) 845-0068

**PROCESS SERVER PLUS, INC.**

# Fax

| | | | |
|---|---|---|---|
| To: Marla | | From: Kean | |
| Company: | | Date: 03/04/09 | |
| Fax: 650-838-6350 | | Pages (Including Cover Sheet) 2 | |
| Re: Mr. Igor Gasov | | | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL IMMEDIATELY.

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLIENT-MATTER NO. 40753-0043-0006
CASE NO. CV 08 5065 PJH

---

CRAIGSLIST, INC.
                                                 Plaintiff(s)
                              Against
NATUREMARKET, INC. D/B/A POWERPOSTINGS.COM
                                             Defendant(s)

---

QUEENS COUNTY, NEW YORK STATE: TRAVIS A. FORDE, being duly sworn says:
Deponent is not a party herein, is over 18 years of age and resides at
BROOKLYN, NY
On 2/27/2009 at 1:05 PM at 1230 AVENUE X, APT. 6A, BROOKLYN, NY 11235
DEPONENT served the within
    SUMMONS & COMPLAINT AND ASSOCIATED DOCUMENTS

On MR. IGOR GASOV,

[X] PERSONAL SERVICE
    by delivering a true copy of each to said recipient personally;

[ ] Deponent identified the person so served by using a photograph
    annexed to this affidavit, which was given to me by plaintiff's
    attorney.

[X] I asked the person served if he/she was the person named in the
    summons and the defendant admitted being the person so named.

[ ] I identified the person from a physical description given by the
    plaintiff.

Deponent described the individual served as follows:

MALE/WHITE SKIN/BLACK HAIR/40-49/5'4/5'8/161-200 LBS.

SWORN TO BEFORE ME ON 3/2/2009

YVONNE ALVAREZ
NOTARY PUBLIC, State of New York
NO. 01AL6040665
Qualified in Westchester County
Commission Expires 4/24/2010

TRAVIS A. FORDE
Lic.# 1278413

KR

# Exhibit B

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: NATUREMARKET INC.

Selected Entity Status Information

**Current Entity Name:** NATUREMARKET INC.
**Initial DOS Filing Date:** MARCH 14, 2006
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
NATUREMARKET INC.
1230 AVE X
SUITE #6A
BROOKLYN, NEW YORK, 11235

**Chairman or Chief Executive Officer**
IGOR GASON
1230 AVE X
#6A
BROOKLYN, NEW YORK, 11235

**Principal Executive Office**
NATUREMARKET INC.
1230 AVE X
SUITE #6A
BROOKLYN, NEW YORK, 11235

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page