United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIGLIST, INC.,

      Plaintiff,

    v.

NATUREMARKET, INC., et al.,

      Defendants.

_____/

No. C 08-5065 PJH

**ORDER**

The court is in receipt of an application by Zachary L. Berman, counsel for defendant Igor Gasov, to appear on behalf of Mr. Gasov in the above-entitled action.  Mr. Berman, who practices law in the State of New York, is a member of the Bar of the State of California, and is also a member of the Bar of this court.  However, while Mr. Berman has been admitted to the Bar of this court since March 2000, he elected "inactive" status with the State Bar of California as of January 1, 2002, and remains on "inactive" status.

The court will permit Mr. Berman to represent Mr. Gasov, but only if he files a statement under oath certifying that local counsel, admitted to active practice in the State of California, and a member in good standing of the Bar of this court, will serve as "sponsor" or co-counsel, in the same way that an attorney seeking to proceed pro hac vice in this court must file a statement pursuant to Civil Local Rule 11-3.  As Mr. Berman has been admitted to this court, he will not be required to pay an admission fee.

**IT IS SO ORDERED.**

Dated:  April 30, 2009

_____

PHYLLIS J. HAMILTON
United States District Judge