Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Naturemarket, Inc. d/b/a powerpostings.com; and Does 1 through 25, inclusive<br><br>Defendants. | Case No. C 8-05065-PJH<br><br>**DECLARATION OF NICHOLAS MANHEIM IN SUPPORT OF CRAIGSLIST. INC.'S MOTION FOR DEFAULT JUDGMENT** |

I, Nicholas Manheim, declare as follows:

1. I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am an attorney licensed to practice law under the laws of the State of Washington and am an associate with the law firm of Perkins Coie LLP, attorneys for Plaintiff craiglist, Inc. ("craigslist") in the above-captioned matter. This declaration is filed in support of craigslist's PLAINTIFF CRAIGSLIST INC.'S MOTION FOR DEFAULT JUDGMENT ("Motion").

3. On April 26, 2009, Igor. Gasov's attorney, Zachary Berman, contacted craigslist, through its attorneys, and requested a thirty day extension to prepare a responsive pleading.

4. craigslist granted Mr. Gasov's request and set the due date for Mr. Gasov's responsive pleading as May 21, 2009.

5. On May 18, 2009, three days before Mr. Gasov's responsive pleading was due, Mr. Berman requested an additional extension for filing a responsive pleading until June 1, 2009, and craigslist again granted his request.

6. In informal discussions, Mr. Gasov's attorney stated that defendant Gasov had grossed approximately $40,000 from the operation of powerpostings.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 30, 2009

PERKINS COIE LLP

By: /s/Nicholas Manheim
Nicholas Manheim (WSBA 39858)
NManheim@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

1 | I, Elizabeth McDougall, hereby attest, pursuant to N.D. Cal. General Order No. 45, that
2 | the concurrence to the filing of this document has been obtained from each signatory hereto.

4 | DATED: June 30, 2009

**PERKINS COIE** LLP

By: /s/ Elizabeth L. McDougall
Elizabeth L. McDougall (WA Bar No. 27026)
EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.