UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIGLIST, INC.,

        Plaintiff,

    v.

NATUREMARKET, INC. d/b/a
POWERPOSTINGS.COM, et al.,

        Defendants.
_____/

No. C 08-5065 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment.

The parties will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: July 2, 2009

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Wings, Assigned M/J