UNITED STATES DISTRICT COURT

Northern District of California

CRAIGSLIST, INC.,

        Plaintiff(s),

  v.

NATUREMARKET, INC, et al.,

        Defendant(s).
_____/

No. C 08-05065 PJH (MEJ)

**ORDER RE: BILLING RECORDS**

The undersigned magistrate judge is currently preparing a report & recommendation regarding Plaintiff's pending motion for default judgment. To aid in the preparation of the R&R, the Court hereby ORDERS Plaintiff to file the following information by January 22, 2010:

1) Itemized billing records for the work listed in Exhibit A of the Declaration of Elizabeth McDougall. (Dkt. #45.) Specifically, as Perkins employees charged billing rates that changed during the time this case has been pending, Perkins shall provide a breakdown of the work performed as it relates to each individual's varying billing rates. For example, Exhibit A provides that Liling Poh worked 39 on "Investigations" relating to this case, but it does not provide how many of these hours she worked under each of three billing rates for Ms. Poh as listed in the declaration. Perkins shall also provide a breakdown of how the number of hours worked totals $83,615.00 in fees.

2) Itemized billing records for all costs listed in paragraph 30 of the McDougall Declaration.

**IT IS SO ORDERED.**

Dated: January 19, 2010

                                                               _____
                                                               Maria-Elena James
                                                               Chief United States Magistrate Judge