UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC.,

    Plaintiff,

    v.

NATUREMARKET, INC., et al.,

    Defendants.

_____/

No. C 08-5065 PJH

**JUDGMENT**

This matter having been fully considered, and the court having granted plaintiff's motion for default judgment,

It is Ordered and Adjudged

that plaintiff craigslist, Inc. recover of defendants Naturemarket, Inc. and Igor Gadov the sum of $470,000.00 in statutory damages, $840,000.00 in liquidated damages, $65,038.20 in attorney's fees, and $1,712.07 in costs, for a total of $1,336,750.27; and

that defendants Igor Gasov and Naturemarket, Inc., their employees, representatives, agents and all persons or entities acting in concert with them are preliminarily and permanently enjoined from

    (a) manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, importing, trafficking in, or using any automated device or computer program (including but not limited to, any technology, product, service, device, component, or part thereof) that enables postings on craigslist without each posting being entered manually;

1  (b) manufacturing, developing, creating, adapting, modifying, exchanging,
2 offering, distributing, selling, providing, importing, making available, trafficking in, or using
3 content that uses automated means (including, but not limited to, spiders, robots,
4 crawlers, data mining tools, and data scraping tools) to download or otherwise obtain
5 data from craigslist;
6  (c) copying, distributing, displaying, creating derivative works or otherwise
7 using protected elements of craigslist's copyrighted website (located at www.craigslist.org),
8 including but not limited to, the website's post to classifieds, account registration and
9 account log in expressions and compilations, and from inducing, encouraging, causing
10 or materially contributing to any other person or entity doing the same;
11  (d) circumventing technological measures that control access to craigslist's
12 copyrighted website and/or portions thereof (including, but not limited to, CAPTCHAs and
13 RECAPTCHAs), and from inducing, encouraging, causing or materially contributing
14 to any other person or entity doing the same;
15  (e) manufacturing, developing, creating, adapting, modifying, exchanging,
16 offering, selling, distributing, providing, importing, trafficking in, or using technology,
17 products, services, devices, components, or parts thereof, that are primarily designed
18 or produced for the purpose of circumventing technological measures and/or protection
19 afforded by technological measures that control access to craigslist's copyrighted website
20 and/or portions thereof, and from inducing, encouraging, causing or materially contributing
21 to any other person or entity doing the same;
22  (f) accessing or attempting to access craigslist's computers, computer
23 systems, computer network, computer programs, and data, without authorization or in
24 excess of authorized access, including, but not limited to, creating accounts or posting
25 content on the craigslist website, and from inducing, encouraging, causing, materially
26 contributing to, aiding or abetting any other person or entity to do the same;
27  (g) manufacturing developing, creating, adapting, modifying, exchanging,
28 offering, selling, distributing, providing, importing, trafficking in, purchasing, acquiring,

transferring, marketing or using any program, device, or service designed to provide an automated means of accessing craigslist's website, automated means of creating craigslist accounts, or automated means of posting ads or other content on the craigslist's website, including, but not limited to, any program, device, or service that is, in whole or in part, designed to circumvent security measures on the craigslist website;

(h) repeatedly posting the same or similar content on craigslist, posting the same item or service in more than one category on craigslist, posting the same item or service in more than one geographic area on craigslist, and from inducing, encouraging, causing, assisting, aiding, abetting or contributing to any other person or entity doing the same;

(i) posting ads on behalf of others, causing ads to be posted on behalf of others, and accessing craigslist to facilitate posting ads on behalf of others;

(j) using, offering, selling or otherwise providing a third-party agent, service, or intermediary to post content to craigslist;

(k) misusing or abusing craigslist, the craigslist website and craigslist services in any way, including, but not limited to, violating craigslist TOU;

(l) accessing or using craigslist's website for any commercial purpose whatsoever, and;

(m) using the CRAIGSLIST mark and any confusingly similar designation in Internet advertisements and otherwise in commerce in any manner likely to confuse consumers as to their association, affiliation, endorsement or sponsorship with or by craigslist.

**IT IS SO ORDERED.**

Dated:  March 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge